UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| IVYL T. LEA,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. C11-1594-JLR-MAT<br><br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

　　　　Based on Defendant's Unopposed Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including April 20, 2012, to file Defendant's Responsive Brief; and

- Plaintiff shall have up to and including May 4, 2012, to file a Reply Brief.

　　　　DATED this 20th day of March, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Mary Alice Theiler*
　　　　　　　　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　　ORDER - [2:11-CV-01594-JLR-MAT]

1

2   Presented by:

3   s/ Richard A. Morris
    RICHARD A. MORRIS
4   Special Assistant U.S. Attorney
    Office of the General Counsel
5   Social Security Administration
    701 Fifth Avenue, Suite 2900 M/S 221A
6   Seattle, WA 98104-7075
    Telephone:  (206) 615-2156
7   Fax:  (206) 615-2531
    rick.morris@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Page 2       ORDER - [2:11-CV-01594-JLR-MAT]