UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| IVYL T. LEA, | Civil No. C11-1594-JLR-MAT |
|---|---|
| Plaintiff, | |
| vs. | ORDER AMENDING THE SCHEDULING ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's Unopposed Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including April 20, 2012, to file Defendant's Responsive Brief; and

- Plaintiff shall have up to and including May 4, 2012, to file a Reply Brief.

DATED this 20th day of March, 2012.

Mary Alice Theiler
United States Magistrate Judge

Page 1   ORDER - [2:11-CV-01594-JLR-MAT]

| | |
|---|---|
| 1 | |
| 2 | Presented by: |
| 3 | s/ Richard A. Morris<br>RICHARD A. MORRIS |
| 4 | Special Assistant U.S. Attorney<br>Office of the General Counsel |
| 5 | Social Security Administration<br>701 Fifth Avenue, Suite 2900 M/S 221A |
| 6 | Seattle, WA 98104-7075<br>Telephone: (206) 615-2156 |
| 7 | Fax: (206) 615-2531<br>rick.morris@ssa.gov |