11-CV-01594-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVYL T. LEA, | ) |
| Plaintiff, | ) CASE NO. C11-1594-JLR |
| | ) |
| v. | ) ORDER AFFIRMING |
| | ) COMMISSIONER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The Court, has reviewed the entire record, including the Administrative Record, the memoranda of the parties, ~~and~~ the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, (and Plaintiff's Objections to the Report and Recommendation (Dkt 21).) It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court AFFIRMS the decision of the Commissioner; and

(3) The Clerk shall direct copies of this Order to the parties and to Judge Theiler.

DATED this 28th day of June, 2012.

_____
JAMES L. ROBART
United States District Judge

ORDER AFFIRMING COMMISSIONER
PAGE -1