FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUN 28 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

11-CV-01594-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVYL T. LEA, | ) |
| | ) CASE NO. C11-1594-JLR |
| Plaintiff, | ) |
| | ) ORDER AFFIRMING |
| v. | ) COMMISSIONER |
| | ) |
| MICHAEL J. ASTRUE, Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

The Court, has reviewed the entire record, including the Administrative Record, the memoranda of the parties, ~~and~~ the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, (and Plaintiff's Objections to the Report and Recommendation (Dkt 21).) It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court AFFIRMS the decision of the Commissioner; and

(3) The Clerk shall direct copies of this Order to the parties and to Judge Theiler.

DATED this 28th day of June, 2012.

JAMES L. ROBART
United States District Judge

ORDER AFFIRMING COMMISSIONER
PAGE -1